Richard Morin (SBN 285275)
Law Office of Rick Morin, PC
500 Newport Center Drive Suite 610
Newport Beach, CA 92660
Phone: (949) 996-3094
Email: legal@rickmorin.net

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Melanie June Wilson,<br><br>    Plaintiff,<br>v.<br><br>Bel-Air Swap-Meet, Inc.,<br><br>    Defendant. | Case No. 5:22-cv-01591-JGB-SP<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

 Plaintiff Melanie June Wilson voluntarily dismisses this entire action of all parties and causes of action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

 Respectfully submitted,

Dated: November 1, 2022

Law Office of Rick Morin, PC

_____
By: Richard Morin
Attorney for Plaintiff